FILED
IN CLERK'S OFFICE
MAR 0 1 2007
U.S. DISTRICT COURT E.D.N.Y
★ BROOKLYN OFFICE ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
MARC A. OLSON,

                Plaintiff,

    -against-

TOBIAS BERMAN,

                Defendants.
-------------------------------------------------x

NOT FOR PUBLICATION

**ORDER**

06-CV-1294 (CBA)

AMON, United States District Judge:

    The Court has received the Report and Recommendation of the Honorable Viktor Pohorelsky recommending that this case be dismissed for want of prosecution. Because no party objected to the report and recommendation, the Court hereby adopts the report and recommendation as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order.

    SO ORDERED.

Dated: Brooklyn, New York
       February 28, 2007

                                      Carol Bagley Amon
                                      United States District Judge